ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ISAIAS ESPANA,

      Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-CV-00213-JDP

STIPULATION AND [PROPOSED] ORDER
FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from May 22, 2026, up to and including July 6, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of the Defendant's undersigned counsel's current workload. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed seven responsive briefs and three settlement memoranda. In

Stip. for Ext.; 2:26-CV-00213-JDP               1

addition to this case, counsel has eight upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: May 19, 2026          By:   /s/ *Josephine M. Gerrard\**
                                   (*as authorized via e-mail on May 19, 2026)
                                   JOSEPHINE M. GERRARD
                                   Attorney for Plaintiff

Dated: May 19, 2026                ERIC GRANT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Head of Program Litigation 1 – Law & Policy
                                   Social Security Administration

                             By:   /s/ *Lillian J. Lee*
                                   LILLIAN J. LEE
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 6, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    May 19, 2026          _____
                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:26-CV-00213-JDP                    2