ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS ESPANA, | ) Case No. 2:26-CV-00213-JDP |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended fourteen (14) days from July 6, 2026, up to and including July 20, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's second request for an extension. Since the Court granted Defendant's first extension request (ECF No. 12), Defendant identified a possibility for settlement of this matter and requires additional time to continue internal discussions and, if necessary, negotiate settlement with Plaintiff's counsel. Additionally, Defendant's counsel will be on leave

Stip. for Ext.; 2:26-CV-00213-JDP                    1

from July 2, 2026, through July 8, 2026.  Defendant's counsel has been diligent in her work, and in the last four weeks, has completed five responsive briefs, and four settlement memoranda. In addition to this case, Defendant's counsel has eleven upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: July 1, 2026          By:    /s/ *Josephine M. Gerrard**
                                    (*as authorized via e-mail on June 30, 2026)
                                    JOSEPHINE M. GERRARD
                                    Attorney for Plaintiff

Dated: July 1, 2026                 ERIC GRANT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Head of Program Litigation 1 – Law & Policy
                                    Social Security Administration

                             By:    /s/ *Lillian J. Lee*
                                    LILLIAN J. LEE
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant


                             **<u>ORDER</u>**

       Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 20, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.


Dated:    July 6, 2026          _____
                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE