ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAS ESPANA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 2:26-CV-0213-JDP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from July 20, 2026, up to and including August 19, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's third request for an extension. Since Defendant's last extension request, Defendant has continued internal discussions for settlement of this matter but requires additional time to complete these discussions and, if necessary, negotiate settlement with Plaintiff's counsel. Defendant's counsel has been diligent in her work, and in the last four weeks,

has completed three responsive briefs, and four settlement memoranda. In addition to this case, Defendant's counsel has thirteen upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: July 20, 2026 By: /s/ *Josephine M. Gerrard**
(*as authorized via e-mail on July 17, 2026)
JOSEPHINE M. GERRARD
Attorney for Plaintiff

Dated: July 20, 2026
ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1 – Law & Policy
Social Security Administration

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 19, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: July 30, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE